Sidney Belmont, trading as Sidney Belmont Amusement Service, appellee, v. Hal Silver, appellant. Gen. No. 40,486.

Opinion filed May 22, 1939.

Marston, Friedlund & Friedlund, for appellant; Emil N. Levin and John Wilkinson, of counsel. Pruitt & Grealis, for appellee; John J. Grealis and George K. Ray, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Adeline Grimm, executrix of estate of Gust H. Grimm, deceased, appellee, v. William Dunn, appellant. Gen. No. 40,496.

Opinion filed May 22, 1939.

Robert D. Melick, for appellant. Richard P. Lambert, Jr., for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Ralph C. Sullivan, executor of estate of Mary O'Neil, deceased, appellant, v. Arthur Culp et al., appellees. Gen. No. 40,504.

Opinion filed May 22, 1939.

Samuel G. Rautbord, for appellant; Arthur J. Goldberg, of counsel. Jess S. Raban, for appellees; Harold J. Finder, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

People of the State of Illinois, defendant in error, v. Patrick J. Billings, plaintiff in error. Gen. No. 40,520.

Opinion filed May 22, 1939. Rehearing denied June 6, 1939.

Charles A. Bellows, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe, Blair L. Varnes and Julius L. Sherwin, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.